No. 2, October Term, 1941. BERNARDS ET AL. *v.* JOHNSON ET AL. October 8, 1945. The motion to recall the mandate is denied.

No. 337, October Term, 1944. INTERNATIONAL UNION OF MINE, MILL & SMELTER WORKERS LOCALS NOS. 15, 17, 107, 108 AND 111 (C. I. O.) ET AL. *v.* EAGLE-PICHER MINING & SMELTING CO. ET AL. October 8, 1945. The motions for leave to withdraw the petitions for rehearings are granted. 325 U. S. 335.

No. 470. UNITED STATES EX REL. DOSS *v.* LINDSLEY, SHERIFF. October 8, 1945. The application for bail presented to MR. JUSTICE MURPHY, and by him referred to the Court, was considered by it and denied.

No. 12, Misc. SHOTKIN *v.* KENNEDY, ACTING JUDGE. October 8, 1945. The motion for leave to file petition for writ of mandamus is denied.